DENNIS K. BURKE
United States Attorney
District of Arizona
ANN DEMARAIS
Assistant U.S. Attorney
United States Courthouse
405 W. Congress St., Suite 4800
Tucson, Arizona 85701
Telephone: (520) 620-7300
Email: ann.demarais@usdoj.gov
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

CR11 - 583 TUC CKJ/CRP

VICTIM CASE

| United States of America, | ) | |
|---|---|---|
| Plaintiff, | ) | INDICTMENT |
| v. | ) | Violation: |
| Paul Herrera Jr. | ) | 18 U.S.C. § 111(a) |
| Defendant. | ) | (Assault on a Federal Officer) |

THE GRAND JURY CHARGES:

## COUNT 1

On or about June 17, 2010, at or near the Casino of the Sun, in the District of Arizona, Paul Herrera, did intentionally and forcibly assault Pascua Yaqui Tribal Police Officer/ Deputy Special Officer of the Bureau of Indian Affairs Andres Gastelum, an officer of the United States or any agency thereof, while Officer Gastelum was engaged in the performance of his official duties, and made physical contact with Officer Gastelum by spitting on him, in violation of Title 18, United States Code, Sections 111(a).

A TRUE BILL

_[redacted]_

DENNIS K. BURKE
United States Attorney
District of Arizona

_/s/_
Assistant United States Attorney

FEB 17 2011

REDACTED FOR
PUBLIC DISCLOSURE